```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 01789
   LORETTA T RICKETTS
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-1219

------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 02/02/2007 and was confirmed 05/21/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 01/14/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------
AMC MORTGAGE SERVICES      CURRENT MORTG    5783.66            .00        5783.66
AMC MORTGAGE SERVICES      MORTGAGE ARRE   12191.04            .00            .00
COOK COUNTY TREASURER      SECURED          1338.82            .00         339.24
K MART                     UNSEC W/INTER   NOT FILED           .00            .00
T MOBILE                   UNSEC W/INTER   NOT FILED           .00            .00
OBERWEIS DAIRY             UNSEC W/INTER   NOT FILED           .00            .00
PEOPLES GAS                UNSEC W/INTER   NOT FILED           .00            .00
SEARS DENTAL               UNSEC W/INTER   NOT FILED           .00            .00
MIDNIGHT VELVET            UNSEC W/INTER   NOT FILED           .00            .00
MCI COMMUNICATIONS         UNSEC W/INTER   NOT FILED           .00            .00
RECOVERY ONE               UNSEC W/INTER   NOT FILED           .00            .00
COMCAST CABLE COMMUNICAT   UNSEC W/INTER   NOT FILED           .00            .00
NATIONAL CAPITAL MANAGEM   UNSEC W/INTER     143.90            .00            .00
ERNESTO D BORGES JR        DEBTOR ATTY      2,700.00                      1,809.89
TOM VAUGHN                 TRUSTEE                                          578.99
DEBTOR REFUND              REFUND                                              .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE               8,511.78

PRIORITY                                             .00
SECURED                                         6,122.90
UNSECURED                                            .00
ADMINISTRATIVE                                  1,809.89
TRUSTEE COMPENSATION                              578.99
DEBTOR REFUND                                        .00
                    ---------------         ---------------
TOTALS                8,511.78                  8,511.78

              PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 07 B 01789 LORETTA T RICKETTS
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 04/23/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE